# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| WILMER CATALAN-RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-3258 |
| | ) | |
| RICARDO WONG, Field Office Director, | ) | The Hon. Joan H. Lefkow |
| Chicago, U.S. Immigration and Customs | ) | Magistrate Judge Jeffrey Cole |
| Enforcement ("ICE"), et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: Honorable John Z. Lee, Judge, United States District Court for the Northern District of Illinois

Plaintiff, by his counsel, come before the Court and respectfully represents that he, Wilmer Catalan-Ramirez (A No. 098-500-300), is currently at McHenry County Adult Correctional Facility. Plaintiff further represents to the Court that he is needed to give testimony in the above-entitled case set for hearing before this Court on May 9, 2017 at 10:00 a.m.

Wherefore, Plaintiff petitions for an order directing the Clerk to issue a Writ of Habeas Corpus Ad Testificandum directed to:

David Devane, Chief of Corrections

McHenry County Adult Correctional Facility

2200 N. Seminary Ave.

Woodstock, IL 60098

commanding him to produce the body of the Plaintiff before the Court at the above specified date and time and, at the conclusion of the proceedings or upon the Court's direction, to return the Plaintiff forthwith to the institution from which he was brought.

/s/ Vanessa del Valle  
Attorney for Plaintiff

Sheila A. Bedi  
Vanessa del Valle  
Roderick and Solange MacArthur Justice Center  
Northwestern Pritzker School of Law  
375 East Chicago Avenue  
Chicago, Illinois 60611  

"Julie" Yihong Mao  
Sejal Zota  
National Immigration Project of the National Lawyers Guild  
14 Beacon Street, Suite 602  
Boston, MA 02108  
 *applications for *pro hac vice* admission forthcoming

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she served the foregoing document upon all persons who have filed appearances in this case via the Court's CM/ECF system on May 3, 2017.

/s/ Vanessa del Valle