IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILMER CATALAN-RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-3258 |
| | ) | |
| RICARDO WONG, Field Office Director, | ) | The Hon. Joan H. Lefkow |
| Chicago, U.S. Immigration and Customs | ) | Magistrate Judge Jeffrey Cole |
| Enforcement ("ICE"), et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Wilmer Catalan-Ramirez (A No. 098-500-300), a necessary and material witness in a hearing in his case on Tuesday, May 9, 2017, at 10:00 a.m., is confined at McHenry County Adult Correctional Facility, 2200 N. Seminary Ave., Woodstock, IL 60098, in the custody of Chief of Corrections David Devane. In order to secure this detainee's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the detainee before the Honorable Joan H. Lefkow, United States District Court for the Northern District of Illinois, Eastern Division, Courtroom No. 2201, 219 S. Dearborn Street, Chicago, Illinois on May 9, 2017, at 10:00 a.m.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding Chief of Corrections David Devane to produce the detainee named above to participate in a hearing in the United States District Court, at the time and place noted above, and

from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the detainee to McHenry County Adult Correctional Facility;

    2.    The custodian is ordered to notify the Court of any change in custody of this detainee, and is ordered to provide the new custodian with a copy of this writ; and

    3.    The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on McHenry County Adult Correctional Facility, 2200 N. Seminary Ave., Woodstock, IL 60098.

DATED: 5/3/17

JOHN Z. LEE
UNITED STATES DISTRICT JUDGE