# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Wilmer Catalan–Ramirez

                Plaintiff,

v.                                                Case No.: 1:17–cv–03258
                                                Honorable Joan H. Lefkow

Field Office Director Ricardo Wong, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2017:

      MINUTE entry before the Honorable Elaine E. Bucklo: Agreed Motion for HIPAA qualified protective order [12] is granted. Enter Agreed Qualified HIPAA Protective Order. No appearance necessary on 5/10/2017. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.