## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Wilmer Catalan–Ramirez
                                   Plaintiff,

v.                                             Case No.: 1:17–cv–03258
                                                             Honorable Joan H. Lefkow

Ricardo Wong, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 9, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 5/9/2017. Motion of Defendants Correct Care Solutions and Health Administrator Michael Keegan to Sever and Transfer Misjoined Claims/Parties to Western Division [25] is denied without prejudice, and their Motion to Dismiss First Amended Complaint as Against Correct Care Solutions, LLC and Michael Keegan, RN [25] is denied. Motion of Defendants Correct Care Solutions, Health Administrator Mike Keegan to Sever and Transfer Misjoined Claims/Parties to Western Division and/or Motion to Dismiss Claims Against Correct Care Solutions, LLC, and Michael Keegan [10] is denied as moot. Motion of Federal Defendant to Submit Written Response [27] is granted. Hearing on Motion of Plaintiff for Preliminary Injunction [5] held on 5/9/2017 and continued to 5/10/2017 at 2:00 p.m.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.