14153-35
JLB/dmc

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILMER CATALAN-RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    1:17-cv-03258 |
| | ) | |
| RICARDO WONG, Field Office Director, | ) | |
| Chicago, U.S. Immigration and Customs | ) | |
| Enforcement ("ICE"); ICE AGENT JOHN | ) | |
| DOES 1-6; MCHENRY COUNTY, | ) | |
| MCHENRY COUNTY SHERIFF BILL PRIM, | ) | |
| CHIEF OF CORRECTIONS DAVID | ) | |
| DEVANE, CORRECT CARE SOLUTIONS, | ) | |
| HEALTH ADMINISTRATOR MIKE | ) | |
| KEEGAN, SUPERINTENDENT EDDIE | ) | |
| JOHNSON, COMMANDER CHRISTOPHER | ) | |
| KENNEDY, COMMANDER ALFRED | ) | |
| NAGODE, CHICAGO POLICE OFFICER | ) | |
| JOHN DOES 1-2, and CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**CORRECT CARE SOLUTIONS, LLC, AND MICHAEL KEEGAN, R.N.'S MOTION TO JOIN MCHENRY COUNTY DEFENDANTS' MOTION TO SEVER AND TRANSFER MISJOINED CLAIMS/PARTIES TO WESTERN DIVISION AND TO DENY PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AS MOOT/OUT-DATED**

NOW COME Defendants, CORRECT CARE SOLUTIONS, LLC, and MICHAEL KEEGAN, R.N., by their attorneys HEYL, ROYSTER, VOELKER & ALLEN, and for their Motion to Join the McHenry County Defendants' Motion to Sever and Transfer Misjoined Claims/Parties to Western Division

1

14153-35
JLB/dmc

(Court Doc. Nos. 61-63) and to Dismiss Plaintiff's Motion for Preliminary Injunction (Court Doc. No. 5) as Moot/Out-Dated, state:

1. Defendants Correct Care Solutions, LLC, and Michael Keegan, R.N., previously filed a motion to sever and transfer misjoined claims/parties to the Western Division (Court Doc. No. 25), which is incorporated herein by reference.

2. The Court dismissed the motion without prejudice on May 9, 2017.

3. The McHenry County defendants filed a similar motion to sever and transfer the same claims on May 25, 2017 (Court Doc. Nos. 61-63).

4. Defendants Correct Care Solutions, LLC, and Michael Keegan, R.N., move to join the McHenry County defendants' motion, and request that, if the claims against the McHenry County defendants are severed and transferred, the claims against Correct Care Solutions, LLC, and Michael Keegan, R.N. (Counts III and V), likewise be severed and transferred to the Western Division.

5. Defendants also request that Plaintiff's motion for a preliminary injunction (Court Doc. No. 5) be denied as moot/out-dated as all of the care requested in the motion has been provided to Plaintiff.

WHEREFORE, for the aforementioned reasons, Defendants, CORRECT CARE SOLUTIONS, LLC, and MICHAEL KEEGAN, R.N., respectfully request that this Court enter an order which grants them leave to join the McHenry County Defendants' motion to sever and transfer misjoined

14153-35
JLB/dmc

claims/parties to the Western Division (Court Doc. Nos. 61-63), deny Plaintiff's motion for a preliminary injunction (Court Doc. No. 5) as moot/out-dated and grant such other relief as this Court deems just and proper.

CORRECT CARE SOLUTIONS, LLC, and
MICHAEL KEEGAN, R.N

BY:_____s/Jana L. Brady_____
HEYL, ROYSTER, VOELKER & ALLEN
Jana L. Brady
ARDC #: 6281390

HEYL, ROYSTER, VOELKER & ALLEN
120 West State Street, Second Floor
P.O. Box 1288
Rockford, Illinois 61105 1288
Telephone  815.963.4454
Facsimile  815.963.0399

14153-35
JLB/dmc

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument, Motion to Join the McHenry County Defendants' Motion to Sever and Transfer Misjoined Claims/Parties to Western Division (Court Doc. Nos. 61-63) and to Dismiss Plaintiff's Motion for Preliminary Injunction (Court Doc. No. 5) as Moot/Out-Dated, was served upon all attorneys to the above cause via the CM/ECF System on the 26th day of May, 2017.

TO:

*Attorneys for Plaintiff*
Sheila A. Bedi
Vanessa del Valle
Roderick and Solange MacArthur Justice Center
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-1271
Sheila.bedi@law.northwestern.edu
Vanessa.delvalle@law.northwestern.edu

"Julie" Yihong Mao
Sejal Zota
National Immigration Project of the
National Lawyers Guild
14 Beacon Street, Suite 602
Boston, MA 02108
(617) 227-9727
julie@nipnlg.org
sejal@nipnlg.org

*Attorney for Ricardo Wong*
Craig Arthur Oswald
Alex Harms Hartzler
United States Attorney's Office
219 South Dearborn Street
Chicago, IL 60604
(312) 353-5300
craig.oswald@usdoj.gov
Alex.Hartzler@usdoj.gov

*Attorney for McHenry County, McHenry County Sheriff Bill Prim, Chief of Corrections David Devane*
George M. Hoffman
Michelle J. Courier
McHenry County State's Attorney's Office
2200 N. Seminary Ave, Ste. 150
Woodstock, IL 60098
(815) 334-4159
mjcourier@co.mchenry.il.us

14153-35
JLB/dmc

gmhoffman@co.mchenry.il.us

***Attorney for Defendants City of Chicago, Eddie Johnson, Christopher Kennedy, Alfred Nagode***
City of Chicago Department of Law
30 N. LaSalle
Suite 1230
Chicago, IL 60640
Tara D. Kennedy
tara.kennedy@cityofchicago.org

 s/Jana L. Brady
 Jana L. Brady

32488195_1