UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Wilmer Catalan−Ramirez
                              Plaintiff,
v.                                              Case No.: 1:17−cv−03258
                                                Honorable Joan H. Lefkow
Ricardo Wong, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 1, 2017:

MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 8/1/2017. Defendant's unopposed motion to reassign case as related [70] is granted. Motion of defendant Correct Care Solutions to join motion of McHenry County defendants to sever and transfer venue [64] withdrawn. Motion of defendant Correct Care Solutions to file memorandum in support of motion of McHenry County defendants to sever and transfer venue to Western Division [73] withdrawn. Motion of McHenry County defendants to sever and transfer venue to the Western Division, or in the alternative, to dismiss them from Counts III, V, and VI of the amended complaint [61] is continued to 8/22/2017 at 11:15 a.m. Briefing schedule is suspended until further order of court. Motion of the City defendants for an extension of time to answer or otherwise plead to the first amended complaint [56] is continued to 8/22/2017 at 11:15 a.m. Time for all defendants to answer or otherwise plead to the amended complaint is extended to 8/22/2017. Status hearing held on 8/1/2017 and continued to 8/22/2017 at 11:15 a.m.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.