IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILMER CATALAN-RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17-cv-3258 |
| v. | ) | |
| | ) | |
| RICARDO WONG, Field Office Director, | ) | The Hon. Joan H. Lefkow |
| Chicago, U.S. Immigration and Customs | ) | Magistrate Judge Jeffrey Cole |
| Enforcement ("ICE"), *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION TO DISMISS ICE DEFENDANTS

NOW COME Plaintiff Wilmer Catalan-Ramirez, by and through his attorneys, and Defendants U.S. Immigration and Customs Enforcement ("ICE") Field Office Director Ricardo Wong, ICE Agent Jason Hines, ICE Agent Patrick Ransford, ICE Agent Jay Warran, ICE Agent Jason Laferriere, ICE Agent Erik Powe, ICE Agent Francisco Trevino, ICE Agent Christopher Struhart, and United States of America, ("ICE Defendants"), by and through their attorneys, and hereby stipulate that this matter will be dismissed with prejudice with each side bearing its own costs and fees.

    AGREED

*Attorneys for Plaintiff Wilmer Catalan-Ramirez*
By: /s/ Sheila A. Bedi
Roderick and Solange MacArthur Justice Center
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-2492
sheila.bedi@law.northwestern.edu

1

By: /s/ Vanessa del Valle
Roderick and Solange MacArthur Justice Center
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-5932
vanessa.delvalle@law.northwestern.edu

By: /s/ "Julie" Yihong Mao
National Immigration Project of the National Lawyers Guild
14 Beacon Street, Suite 602
Boston, MA 02108
(617) 227 – 9727
julie@nipnlg.org

By: /s/ Sejal Zota
National Immigration Project of the National Lawyers Guild
14 Beacon Street, Suite 602
Boston, MA 02108
(617) 227 – 9727
sejal@nipnlg.org

*Attorneys for the ICE Defendants*
By: /s/ Craig Oswald
Assistant United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
(312) 886-9080
craig.oswald@usdoj.gov

By: /s/ Alex Hartzler
Assistant United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
(312) 886-1390
alex.hartzler@usdoj.gov

Case: 1:17-cv-03258 Document #: 137 Filed: 01/22/18 Page 3 of 3 PageID #:1249

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she served the foregoing document upon all persons who have filed appearances in this case via the Court's CM/ECF system on January 22, 2018.

/s/ Vanessa del Valle